IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDRULIS PHARMACEUTICALS CORP.,: | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-1644-RGA |
| | : | |
| CELGENE CORP., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Defendant's request to file an early motion for partial summary judgment (D.I. 59) is **GRANTED.**[1]  It seems to me there is a reasonable possibility that Plaintiff is estopped from asserting that lenalidomide can meet the claim limitations requiring thalidomide under the doctrine of equivalents.

Defendant should not file a separate motion for a stay of discovery.  Recognizing that the granting of such a motion is discretionary, it will not be granted.

IT IS SO ORDERED this 6th day of February 2015.

United States District Judge

---

[1] The Court has considered D.I. 62 & 65 also.