# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDRULIS PHARMACEUTICALS CORP., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-1644 (RGA) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| CELGENE CORP., | ) | |
| | ) | |
| Defendant. | | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, that the Court's May 22, 2014 Scheduling Order (D.I. 30), is hereby amended as set forth below, all the other dates in the Scheduling Order remain unchanged.

| Action Item | Current Date | New Date |
|---|---|---|
| Close of fact discovery | June 16, 2015 | September 4, 2015 |
| Opening expert reports | August 18, 2015 | October 7, 2015 |
| Rebuttal expert reports | October 6, 2015 | November 5, 2015 |
| Reply expert reports | November 3, 2015 | December 3, 2015 |
| Close of expert discovery | December 21, 2015 | January 8, 2016 |
| Dispositive motions and Daubert motions | January 21, 2016 | February 10, 2016 |

|  |  |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Kenneth L. Dorsney* |
| Mary B. Graham (#2256) | Kenneth L. Dorsney (#3726) |
| Derek James Fahnestock (#4705) | MORRIS JAMES LLP |
| Stephen J. Kraftschik (#5623) | 500 Delaware Avenue, Suite 1500 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Wilmington, DE 19801 |
| 1201 N. Market Street | (302) 888-6800 |
| Wilmington, DE 19899 | kdorsney@morrisjames.com |
| (302) 658-9200 | |
| mgraham@mnat.com | *Attorneys for Plaintiff* |
| dfahnestock@mnat.com | |
| skraftschik@mnat.com | |

*Attorneys for Defendant*

**SO ORDERED** this _____ day of _____, 2015.

_____
U.S.D.C. Judge